UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORLANDO HURTADO, *et al.*, | Case No. 1:26-cv-01081-CDB |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE |
| v. | |
| KERN COUNTY SHERIFF'S OFFICE, *et al.*, | (Doc. 8) |
| Defendants. | |

Plaintiffs Estate of Orlando Hurtado, Maria Delcarmen Hurtado, Juan Manuel Hurtado, Sr., and minor A.M.H., through *guardian ad litem* Marteaja Glover (collectively, "Plaintiffs"), initiated this action with the filing of a complaint on February 6, 2026, against Defendants Kern County Sheriff's Office, the County of Kern, and Donny Youngblood (collectively, "Defendants"). (Doc. 1).

Pending before the Court is Plaintiffs' *ex parte* motion to continue the initial scheduling conference, set for May 11, 2026, by 30 days. (Doc. 8). In support of the request, Plaintiffs represent that, despite diliegent efforts to effectuate service, service on Defendants was not completed until April 16, 2026. Thus, Defendants responsive pleadings are not yet due and no counsel has appeared on their behalf. Plaintiffs are therefore unable to submit a joint report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. The continuance is requested to "allow sufficient time for Defendants to appear, respond to the [c]omplaint, and for the parties to

meet and confer … and submit a joint report consistent with the Court's requirements." *Id.* at 2.

In light of the Plaintiffs' representations, the Court will grant the motion and continue the initial scheduling conference.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' *ex parte* motion to continue the initial scheduling conference (Doc. 8) is GRANTED;

2. The scheduling conference set for May 11, 2026, is continued to **June 10, 2026, at 10:00 a.m.**; and

3. As previously directed (Doc. 5), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:   **April 28, 2026**   _____
UNITED STATES MAGISTRATE JUDGE